UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80969-CIV-CANNON

**APRIL ROUGHTON**,
*individually and on behalf of
all others similarly situated*,

      Plaintiff,

v.

**NEWSMAX MEDIA, INC.**,

      Defendant.

_____/

## ORDER STAYING CASE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. To promote efficiency and conserve judicial resources, the Court determines that this case should be stayed pending the issuance of the mandate following *en banc* rehearing in *Drazen v. Pinto*, 41 F.4th 1354 (11th Cir. 2022), *reh'g en banc granted, opinion vacated*, 61 F.4th 1297 (11th Cir. 2023), which presents similar issues under the Telephone Consumer Protection Act as relevant here.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This matter is **STAYED** pending issuance of the mandate in *Drazen*, as stated above.

2. The Clerk shall **CLOSE** this case for administrative purposes only, without prejudice to the parties.

3. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. Within fourteen (14) days following the issuance of the mandate in *Drazen*, the parties shall submit a Joint Status Report indicating their respective positions on the impact, if any, of the Eleventh Circuit's decision on this case.

CASE NO. 23-80969-CIV-CANNON

5. If the above-styled action is resolved by way of mediation or a settlement, the parties shall promptly file a Joint Notice of Settlement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of June 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record