UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APRIL ROUGHTON, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiffs,

v.                                       Case No. 9:23-CV-80969-XXXX

NEWSMAX MEDIA, INC.

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff April Roughton hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's individual claim.

Plaintiff anticipates filing a dismissal with prejudice as to Plaintiff's individual claim within sixty (60) days and without prejudice as to any claims of the proposed class.

Dated: November 7, 2023

Respectfully Submitted,

**EISENBAND LAW P.A.**

*/s/ Michael Eisenband*
**Michael Eisenband**
Florida Bar No. 94235
515 E Las Olas Blvd, Ste 120,
Fort Lauderdale, FL 33301
T: 954-533-4092
MEisenband@Eisenbandlaw.com
*Counsel for Plaintiff*