## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APRIL ROUGHTON, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiffs,

v.                                                                          Case No. 9:23-CV-80969-CANNON

NEWSMAX MEDIA, INC.

    Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff April Roughton and Newsmax Media, Inc. hereby jointly give notice that the Parties have reached a settlement with respect to Plaintiff's individual claim.

The Parties anticipate filing a dismissal with prejudice as to Plaintiff's individual claim within sixty (60) days and without prejudice as to any claims of the proposed class.

Dated: November 8, 2023

Respectfully Submitted,

| **EISENBAND LAW P.A.** | **STEPTOE & JOHNSON LLP** |
|---|---|
| */s/ Michael Eisenband*<br>**Michael Eisenband**<br>Florida Bar No. 94235<br>515 E Las Olas Blvd, Ste 120,<br>Fort Lauderdale, FL 33301<br>T: 954-533-4092<br>MEisenband@Eisenbandlaw.com<br>*Counsel for Plaintiff* | */s/ Adam R. Hoock*<br>**Adam R. Hoock**<br>Florida Bar No. 118264<br>California Bar No. 340811<br>2029 Century Park East, 18th Floor<br>Los Angeles, CA 90067<br>Telephone: (213) 439-9400<br>Fax: (213) 439-9599<br>*Counsel for Defendant* |